LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
DAVID A. MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
dmarkman@lipsonneilson.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOAN SERVICING, LP,<br><br>Plaintiff.<br><br>vs.<br><br>CACTUS CREEK AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS, INC. and NEVADA ASSOCIATION SERVICE, INC.<br><br>Defendants.<br><br>And all related claims. | Case No.: 2:16-cv-0606-JCM-CWH<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

DAVID A. MARKMAN, ESQ., of the law firm LIPSON NEILSON COLE SELTZER GARIN, brings this Notice of Disassociation of Counsel and Motion to Remove Counsel from the CM/ECF notifications in this case. While affiliated with the law firm PENGILLY, Counsel previously represented CACTUS CREEK AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION ("Defendant") in this matter.

///

///

///

///

///

Page 1 of 3

1  Counsel is no longer affiliated with PENGILLY, no longer represents Defendant,
2  and has no further need to receive CM/ECF notifications in this case. Because PENGILLY
3  still represents Defendant, no parties are prejudiced by this withdrawal.

4

5  DATED this 18th day of August, 2016.

6          LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

7          */s/ David A. Markman*

8  By:_____
9     DAVID A. MARKMAN, ESQ.
   Nevada Bar No. 12440
   9900 Covington Cross Drive, Suite 120
10    Las Vegas, NV 89144

11

12

13  IT IS SO ORDERED.

14

15  DATED this 19 day of August, 2016.

16

17  _____
18  UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2016, service of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to the following parties:

**William Shane Habdas**
Akerman LLP
1160 N. Town Center Dr., Ste. 330
Las Vegas, NV 89144
702-634-5000
Fax: 702-380-8572
Email: william.habdas@akerman.com

*Attorney for Plaintiff Bank of America*

**Elizabeth B Lowell**
Pengilly Robbins
1995 Village Center Cir., Ste. 190
Las Vegas, NV 89134-0562
702-889-6665
Fax: 702-889-6664
Email: elowell@pengillylawfirm.com

*Attorney for Cactus Creek at Mountain's Edge HOA*

**Christopher V. Yergensen**
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
702-804-8885
Fax: 702-804-8887
Email: chris@nas-inc.com

*Attorney for Nevada Association Services*

                                          */s/ Darnell D. Lynch*
                                          _____
                                          An employee of
                                          LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500  FAX: (702) 382-1512