Robert T. Robbins, Esq.
Nevada Bar No. 6109
rrobbins@robbinslawfirm.legal
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@robbinslawfirm.legal
**ROBBINS LAW FIRM**
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Counsel for Defendant Cactus Creek At
Mountain's Edge Homeowners' Association, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS,<br><br>Plaintiff,<br><br>v.<br><br>CACTUS CREEK AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION, INC.; PREMIER ONE HOLDINGS, INC.; and NEVADA ASSOCIATION SERVCIES, INC.,<br><br>Defendants. | CASE NO.: 2:16-cv-00606-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CACTUS CREEK AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION, INC. TO FILE A RESPONSE TO THE MOTION TO RECONSIDER FILED BY BANK OF AMERICAN, N.A. [ECF # 33]**<br><br>**(First Request)** |
| CACTUS CREEK AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION, INC.,<br><br>Cross-Claimant,<br><br>v.<br><br>NEVADA ASSOCIATION SERVCIES, INC.,<br><br>Cross-Defendant, | |

| |
|---|
| PREMIER ONE HOLDINGS, INC., |
| Counterclaimant, |
| v. |
| BANK OF AMERICA, N.A., |
| Counterdefendant |

**STIPULATION AND ORDER TO EXTEND TIME FOR CACTUS CREEK AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION, INC. TO FILE A RESPONSE TO THE MOTION TO RECONSIDER FILED BY BANK OF AMERICAN, N.A. [ECF # 33]**

Pursuant to LR 1A 6-1 and 7-1, Bank of American, N.A., in its own capacity and as successor by July 1, 2011, de jure merger with BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP ("BANA"), Premier One Holdings, LLC ("Premier One"), and Cactus Creek at Mountains Edge Homeowners Association ("HOA") (collectively the "Parties") stipulate and agree as follows:

On October 4, 2018, BANA filed a motion for reconsideration ("Motion") [ECF #39] of the court's order [ECF #33] denying summary judgment. Because the HOA's counsel has recently changed firm names and has been working to make the appropriate filings in all cases, the deadline to respond to the motion to reconsider was calculated as extending for three weeks rather than two. In addition, in anticipation of the possibility that counsel may be difficult to reach because of the Nevada Day holiday on Friday, October 26, 2018, an extension of up to an including October 31, 2018, is necessary in order to afford the HOA the opportunity to adequately respond to the Motion.

This stipulation is the first request regarding the HOA's response to the Motion. This extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED THAT the deadline for the HOA to file its response to the Motion will be extended from October 18, 2018, to October 31, 2018.

DATED this 26th day of October, 2018.

**AKERMAN LLP**

By:/s/ *William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff and Counterclaim-Defendant Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

DATED this 26th day of October, 2018.

**ROBBINS LAW FIRM**

By: */s/ Elizabeth B. Lowell*
Robert T. Robbins, Esq. (NVB 6109)
Elizabeth Lowell, Esq. (NVB 8551)
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134

*Attorneys for the HOA*

DATED this 26th day of October, 2018.

**HONG & HONG**

By: */s/ Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
10781 W. Twain Ave.
Las Vegas, NV 89135

*Attorney for Premier One Holdings, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 26th day of October, 2018.

_____
**U.S. DISTRICT COURT JUDGE**