**LEACH KERN GRUCHOW**
**ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Cactus Creek at Mountains Edge Homeowners' Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> CACTUS CREEK AT MOUNTAINS EDGE HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC., <br><br> Defendants. | Case No.: 2:16-cv-00606-JCM-CWH <br><br> **MOTION TO SUBSTITUTE COUNSEL** |
| CACTUS CREEK AT MOUNTAINS EDGE HOMEOWNERS' ASSOCIATION, <br><br> Cross Claimant, <br><br> vs. <br><br> NEVADA ASSOCIATION SERVICES, INC., <br><br> Cross Defendant. | |
| PREMIER ONE HOLDINGS, INC., <br><br> Counter Claimant, <br><br> vs. | |

-1-

BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,

Counter Defendant.

Defendant Cactus Creek at Mountains Edge Homeowners' Association (the "Association"), hereby moves to substitute the law firm of Leach Kern Gruchow Anderson Song as its attorney of record in the place and stead of Robbins Law Firm (formerly Pengilly Law Firm) in the above-entitled action.

The Robbins Law Firm hereby consents to the substitution of the law firm of Leach Kern Gruchow Anderson Song as attorney of record for the Association in its place and stead.

Dated this 20 day of December, 2018.

ROBBINS LAW FIRM

/s/ illegible

1995 Village Center Circle, #190
Las Vegas, NV 89134
(702) 889-6665

The law firm of Leach Kern Gruchow Anderson Song hereby consents to its substitution of attorney of record for the Association in the place and stead of Robbins Law Firm.

Dated this 20th day of December, 2018.

LEACH KERN GRUCHOW ANDERSON SONG

/s/ Sean L. Anderson

Sean L. Anderson
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128

-2-

The Association hereby consents to the substitution of Leach Kern Gruchow Anderson Song as its counsel of record in the place and stead of Robbins Law Firm.

**CACTUS CREEK AT MOUNTAINS EDGE HOMEOWNERS' ASSOCIATION**

By: *[signature]*

Name: *Rob Constantine*

Its: *President*

**ORDER**

**IT IS SO ORDERED** this 28 day of December, 2018.

*[signature]*
United States Magistrate Judge